## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DeShaun Carter, Shonita Ford, Tarrence Gordon, Donald Hawthorne, Kerry Hawthorne, Dana Hooper, Larry Osborne, Barry Reynolds | ) ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) | |
| v. | ) | |
| Daehan Solutions | ) ) | CIVIL ACTION CASE NUMBER: 2:07CV988 – WKW |
| Defendant. | ) | |

TO DEFENDANT :      **Daehan Solution Alabama, L.L.C.**
c/o Yeung Ki Kim
9101 County Road 26
Hope Hull, AL 36043

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**Mr. Byron R. Perkins, The Cochran Firm, 505 North 20th Street, Ste 825, Birmingham, AL 35203**

a response to the complaint which is herewith served upon you, within ____20____ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 11/6/07

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk


(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Post Office Box 711
Montgomery, Alabama 36101-0711