IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-988-WKW |
| DAEHAN SOLUTIONS, | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Plaintiffs, Deshaun Carter, Shonita Ford, Tarrence Gordon, Donald Hawthorne, Kerry Hawthorne, Dana Hooper, Larry Osbourne, and Barry Reynolds, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                         _____

_____                         _____

_____                         _____

/s/Byron R. Perkins
Counsel for Plaintiffs Deshaun Carter, Shonita Ford, Tarrence Gordon, Donald Hawthorne, Kerry Hawthorne, Dana Hooper, Larry Osbourne, and Barry Reynolds
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1115
BPerkins@CochranFirm.com

/s/Roderick T. Cooks
Counsel for Plaintiffs Deshaun Carter, Shonita Ford, Tarrence Gordon, Donald Hawthorne, Kerry Hawthorne, Dana Hooper, Larry Osbourne, and Barry Reynolds
Winston Cooks, LLC
The Penick Bldg.
319-17th Street North
Birmingham, AL 35203
(205) 502-0970
rcooks@winstoncooks.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Roderick T. Cooks, do hereby Certify that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system on this the 14th day of November 2007 to the following parties:

Byron R. Perkins
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 244-1115
BPerkins@CochranFirm.com

November 14, 2007                                           /s/Roderick T. Cooks