IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**DAEHAN SOLUTION ALABAMA, LLC,**<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NUMBER:**<br>) **2:07-CV-988-WKW**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Daehan Solution Alabama, LLC, the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

1623059 v1

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                          Relationship to Party

_____                              _____

_____                              _____

_____                              _____

_____                              _____

November 28, 2007

*Marcel L. Debruge*
Marcel L. Debruge (DEB006)
Ashley H. Hattaway (HAT007)
Kathryn M. Willis (MOR130)

ATTORNEYS FOR DEFENDANT
DAEHAN SOLUTION ALABAMA, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 28th day of November, 2007:

>Byron R. Perkins
>The Cochran Firm
>505 North 20th Street
>Suite 825
>Birmingham, Alabama  35203
>Phone:  (205) 244-1115
>Fax:  (205) 244-1175
>
>Roderick T. Cooks
>Winston & Cooks, LLC
>The Pennick Building
>319-17th Street North
>Birmingham, Alabama  35203
>Phone:  (205) 502-0970
>Fax:  (205) 251-0231

*Marcel L. Debruge*
**OF COUNSEL**