IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS, <br><br>PLAINTIFFS, <br><br>v. <br><br>DAEHAN SOLUTION ALABAMA, LLC, <br><br>DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NUMBER: 2:07-** <br> ) **CV-988-WKW** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR ENTRY OF QUALIFIED
HIPAA PROTECTIVE ORDER**

COMES NOW plaintiffs and defendant and move this Court to enter the Qualified HIPAA Protective Order attached hereto in order to facilitate discovery in this case.

      s/ Ashley H. Hattaway
      Marcel L. Debruge (DEB006)
      Ashley H. Hattaway (HAT007)
      Kathryn M. Willis (MOR130)
      BURR & FORMAN LLP
      3400 Wachovia Tower
      420 North 20th Street
      Birmingham, Alabama 35203

      Attorneys for Defendant
      Daehan Solution Alabama, LLC

1642082 v1

        s/ Byron R. Perkins
        Byron R. Perkins
        The Cochran Firm
        505 North 20th Street
        Suite 825
        Birmingham, Alabama  35203


        s/ Roderick T. Cooks
        Lee D. Winston
        Roderick T. Cooks
        Winston & Cooks, LLC
        The Pennick Building
        319-17th Street North
        Birmingham, Alabama  35203

        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS,** )<br><br>PLAINTIFFS, )<br><br>v. )<br><br>**DAEHAN SOLUTION ALABAMA, LLC,** )<br><br>DEFENDANT. ) | **CIVIL ACTION NUMBER: 2:07-CV-988-WKW** |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

1642096 v1

2

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

**DONE and ORDERED** this the _____ day of _____ 2008.

 _____
 United States District Judge