IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0988-WKW |
| ) | |
| DAEHAN SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 14) from the representation of plaintiffs Shonita Ford and DeShaun Carter by the plaintiffs' counsel, it is ORDERED that:

1. The defendant respond in writing to the motion to withdraw (Doc. # 14) **on or before April 14, 2008**; and

2. Upon receipt of the defendant's response, the motion to withdraw (Doc. # 14) is REFERRED to the Magistrate Judge for:

   a. Any hearing and/or further briefing, if any, he deems necessary; and

   b. Final disposition as to the motion to withdraw (Doc. # 14) and related motions, if any, for sanctions or otherwise sought by the defendant.

DONE this the 7th day of April, 2008.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE