## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS,<br><br>            Plaintiffs,<br><br>v.<br><br>DAEHAN SOLUTION ALABAMA, LLC,<br><br>            Defendant. | CIVIL ACTION NO. 2:07-CV-988-WKW |

### MOTION TO WITHDRAW

COME NOW Marcel L. Debruge, Ashley H. Hattaway, Kathryn M. Willis, and the law firm of Burr & Forman LLP and move to withdraw as counsel for defendant Daehan Solution Alabama, LLC ("Defendant") in the above-styled matter.  As grounds for said motion, the undersigned states as follows:

1.      Capell and Howard, P.C. of Montgomery, Alabama will take over the representation of Defendant in this matter.

2.      No party will be prejudiced by the withdrawal of Marcel L. Debruge, Ashley H. Hattaway, Kathryn M. Willis, and the law firm of Burr & Forman, LLP as counsel for Defendant in this matter.

Respectfully submitted,


/s/ Marcel L. Debruge
Marcel L. Debruge (DEB006)
Ashley H. Hattaway (HAT007)
Kathryn Morris Willis (MOR130)

Attorneys for Defendant
DAEHAN SOLUTION ALABAMA, LLC

OF COUNSEL:
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S.  First Class Mail, hand delivery, fax or email on this the 8th day of April, 2008

Byron R. Perkins
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, Alabama  35203
Phone:  (205) 244-1115
Fax:  (205) 244-1175

Roderick T. Cooks
Winston & Cooks, LLC
The Pennick Building
319-17th Street North
Birmingham, Alabama  35203

1656377 v1                                                    2

Phone:  (205) 502-0970
Fax:  (205) 251-0231


_Marcel L. Debruge_
**OF COUNSEL**