# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **DeShaun Carter, Shonita Ford,** ) | |
| **Tarrence Gordon, Donald Hawthorne,** ) | |
| **Kerry Hawthorne, Dana Hooper,** ) | |
| **Larry Osborne, and Barry Reynolds,** ) | |
| ) | |
| **Plaintiff(s),** ) | **CASE NO.: 2:07cv988-WKW** |
| ) | |
| **v.** ) | |
| ) | |
| **Daehan Solutions,** ) | |
| ) | |
| **Defendant(s).** | |

## NOTICE OF APPEARANCE

COME NOW Bruce J. Downey, III, Constance S. Barker, and Christopher W. Weller, of the law firm Capell & Howard, P.C., and hereby enter their appearance as counsel for Defendant Daehan Solutions.

Respectfully submitted,

s/Christopher W. Weller
BRUCE J. DOWNEY, III (DOW006)
CONSTANCE S. BARKER (BAR099)
CHRISTOPHER W. WELLER (WELL020)
*Attorneys for Defendant Daehan Solutions*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 9th day of April, 2008.

                                             s/Christopher W. Weller
                                             OF COUNSEL