**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DESHAUN CARTER, SHONITA FORD,** ) | |
| **TARRENCE GORDON, DONALD** ) | |
| **HAWTHORNE, KERRY HAWTHORNE,** ) | |
| **DANA HOOPER, LARRY OSBORNE,** ) | |
| **BARRY REYNOLDS** ) | **CIVIL ACTION NO.:** |
| ) | **2:07-CV-0988-WKW** |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | **MAGISTRATE JUDGE** |
| ) | **WALLACE CAPELL, JR**. |
| ) | |
| **VS.** ) | |
| ) | |
| **DAEHAN SOLUTION ALABAMA, LLC,** ) | |
| **DEFENDANT.** ) | |

**DEFENDANT DAEHAN SOLUTION ALABAMA, LLC'S RESPONSE**
**TO PLAINTIFFS' MOTION TO WITHDRAW (DOC NO. 14)**

**COMES NOW** Defendant Daehan Solution Alabama, LLC, and pursuant to the Court's April 7, 2008 Order (Doc. No. 15) and responds to Plaintiffs' Motion to Withdraw (Doc. No. 14) as follows:

1. Defendants do not object to Plaintiffs' Motion to Withdraw from further representation of Plaintiffs Shonita Ford and Deshaun Carter.

2. Defendant does, however, reserve the right to move for dismissal of the claims of Ford and Carter for want of prosecution of their claims and/or for failure to comply with the discovery requirements of this case.

Respectfully submitted, this 10th day of April, 2008.

1

    /s/ Christopher W. Weller
CONSTANCE S. BARKER (BAR099)
BRUCE J. DOWNEY, III (DOW006)
CHRISTOPHER W. WELLER (WEL020)

Attorneys for Defendant Daehan Solution Alabama, LLC

Address of Counsel:

CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system and by U.S. mail to Plaintiffs Shonita Ford and Deshaun Carter on this the 10th day of April, 2008 as follows:

| | |
|---|---|
| LEE D. WINSTON, ESQ.<br>RODERICK COOKS, ESQ.<br>WINSTON & COOKS, LLC<br>The Penick Building<br>319-17th Street North<br>Birmingham, AL 35203<br>Telephone: (205) 502-0970<br>Facsimile: (205) 251-0231 | BYRON R. PERKINS<br>THE COCHRAN FIRM<br>505 North 20th Street, Suite 825<br>Birmingham, Alabama 35203<br>Telephone: (205) 244-1115<br>Facsimile: (205) 244-1171 |
| DESHAUN CARTER<br>3123 Rane Drive<br>Montgomery, AL 36108 | SHONITA FORD<br>P.O. Box 418<br>Fort Deposit, AL 36032 |

    /s/ Christopher W. Weller
OF COUNSEL

2