IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeSHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv988-WKW |
| | ) |
| DAEHAN SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On March 19, 2008, Counsel for Plaintiff, Byron R. Perkins, Lee Winston, and Rod Cooks, moved the Court to withdraw from this action (Doc. #14). The Honorable W. Keith Watkins, District Judge, refered this motion to the undersigned on April 7, 2008 (Doc. #15). Subsequently, Defendant informed the Court it does not oppose the motion (Doc. #18). Accordingly, for good cause, it is

ORDERED that the motion (Doc. #14) is GRANTED.

Done this 11th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE