IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DESHAUN CARTER, *et al.*,        )
                                 )
         Plaintiffs,             )
                                 )
    v.                           )        Case No. 2:07-cv-0988-WKW
                                 )
DAEHAN SOLUTIONS,                )
                                 )
         Defendant.              )

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 16) by the defendant's counsel, it is ORDERED that the motion is GRANTED and that Marcel L. Debruge, Ashley H. Hattaway, Kathryn M. Willis are WITHDRAWN from the case.

DONE this the 14th day of April, 2008.

            /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE