IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0988-WKW |
| ) | |
| DAEHAN SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's unopposed motion (Doc. # 20) to modify the Uniform Scheduling Order, it is ORDERED that the motion is GRANTED and the Uniform Scheduling Order (Doc. # 10) is VACATED. A revised scheduling order will be issued by further order of the court.

DONE this 24th day of April, 2008.

          /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE