IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeSHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv988-WKW |
| | ) |
| DAEHAN SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

On 8 & 9 May 2008, Defendant filed a Motion for Protective Order (Doc. #24) and Motion to Seal (Doc. #25). These motions have been referred to the undersigned for disposition. Therefore, it is

ORDERED that Plaintiffs shall, in writing, **on or before 16 May 2008,** show cause as to why this Court should not grant the Motions (Docs. #24 & 25). It is further

ORDERED that the exhibits filed with the motions be held under seal with the clerk's office until final disposition of these motions.

Done this 9th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE