IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DeSHAUN CARTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv988-WKW |
| | ) | |
| DAEHAN SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER ON MOTIONS

On May 8, 2008, Defendant filed a Motion for Protective Order (Doc. #24), and

then filed a Motion to Seal (Doc. #25) the following day. These motions have been

referred to the undersigned for disposition. On May 16, 2008, Plaintiffs filed a response

opposing Defendant's motion for a protective order. Upon consideration of the motions

and Plaintiff's response, the Court is persuaded by Plaintiffs's argument that withholding

the discovery would equate to trial by ambush. Moreover, as Defendant concedes, the

Federal Rules of Civil Procedure entitle a party to obtain the person's own previous

statements. Fed. R. Civ. P. 26(b)(3). As Defendant may still use the discovery for

impeachment purposes, it is

ORDERED that Defendant's Motions (Doc. #24, #25) are DENIED.

Done this 19th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE