IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeSHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv988-WKW |
| | ) |
| DAEHAN SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 8, 2008, Defendant filed a Motion for Protective Order (Doc. #24), and then filed a Motion to Seal (Doc. #25) the following day. These motions have been referred to the undersigned for disposition. Plaintiffs subsequently filed a response opposing Defendant's motion for a protective order. On May 19, 2008, this Court denied the motions. Today, Defendant filed a Motion for Reconsideration (Doc. #29) of the Court's Order and requested a hearing. Accordingly, it is

ORDERED that a hearing is set on the Motion for Reconsideration (Doc. #29) on 21 May 2008, at 2:00 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

Done this 20th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE