**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, and BARRY REYNOLDS,** )<br>)<br>)<br>)<br>)<br>) | <br><br><br>CV-2:07-988-WKW |
| **PLAINTIFFS,** ) | |
| v.  ) | |
| **DAEHAN SOLUTION ALABAMA, LLC,** ) | |
| **DEFENDANT.** ) | |

**PLAINTIFFS' MOTION TO RESCHEDULE HEARING**

Come Now, the Plaintiffs, in the above-styled cause of action and request that this Honorable Court reschedule the hearing on the Defendant's Motion for Reconsideration (Doc. #29) it has set for May 21, 2008 at 2:00 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama (Doc.# 30). As grounds for this motion the Plaintiffs would show unto the Court as follows:

1. Plaintiffs' counsel, Byron R. Perkins, Lee Winston, and Roderick T. Cooks, have mediation scheduled in the case of *Jenkins v. Pfizer,* 4:06-CV-00688-REL on May 22, 2008 in Chicago, Illinois. On May 21, 2008, Plaintiffs' counsel have a flight scheduled to leave Birmingham, Alabama at 2:10 p.m. headed for Chicago, Illinois. This reservation and mediation were scheduled weeks ago.

2. Due to this scheduling conflict Plaintiffs' counsel will be unable to attend the hearing set by the Court.

Based on the foregoing, Plaintiffs' counsel respectfully request that this Court reset the aforementioned hearing on the Defendant's Motion for Reconsideration.

                                               Respectfully submitted,

                                               s/Roderick T. Cooks
                                               Roderick T. Cooks
                                               Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document has been filed using the Court's CM/ECF electronic filing system:

Constance S. Barker
Bruce J. Downey, III
Christopher W. Weller
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
(334) 241-8000

Done this the 20th day of May 2008.

                                               s/Roderick Cooks
                                             Of Counsel