IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeSHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv988-WKW |
| | ) |
| DAEHAN SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiffs' Motion to Reschedule Hearing (Doc. #31), it is

ORDERED that the motion (Doc. #31) is GRANTED. It is further

ORDERED that the motion hearing currently set for 21 May 2008, is **rescheduled until 4 June 2008, at 10:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

Done this 21st day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE