IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DeSHAUN CARTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv988-WKW |
| | ) | |
| DAEHAN SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On May 8, 2008, Defendant filed a Motion for Protective Order (Doc. #24) and as well as a Motion to Seal (Doc. #25) the following day.  These motions have been referred to the undersigned for disposition.  Plaintiffs filed a response opposing the Motion for a Protective Order.  On May 19, 2008, this Court denied both motions.  Defendant subsequently filed a Motion for Reconsideration (Doc. #29) and requested a hearing, which was held today.  For the reasons stated on the record, it is

ORDERED that the Motion for Reconsideration (Doc. #29) is DENIED. Defendant shall produce with sufficient time prior to the deposition of Barry Reynolds Exhibit A only to Plaintiff.

Done this 4th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE