IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0988-WKW |
| | ) |
| DAEHAN SOLUTION ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion for Leave to File Amended Answer (Doc. # 35), it is ORDERED that the motion is GRANTED. The defendant shall file an exact duplicate of the proposed amended answer **on or before July 11, 2008**, in compliance with Section II.A.5 of the *CM/ECF Administrative Procedures of the Middle District of Alabama*.

DONE this 9th day of July, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE