IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS, </br></br>PLAINTIFFS, </br></br>v. </br></br>DAEHAN SOLUTION ALABAMA, LLC, </br></br>DEFENDANT. | ) ) ) ) ) ) ) **CIVIL ACTION NUMBER: 2:07-CV-988-WKW** ) ) ) ) ) ) |

## MOTION TO DISMISS

COMES NOW Defendant Daehan Solution Alabama, LLC, ("Defendant" or "Daehan"), and moves this Court to dismiss this action as to Shonita Ford.  In support of this Motion, Defendant states as follows:

Shonita Ford is one of the original plaintiffs in the above-styled action. On April 11, 2008, the Court approved the withdrawal of plaintiffs' counsel from representing Ms. Ford and another plaintiff, Deshaun Carter. After being told that Ms. Ford wished to speak with counsel for the Defendant and after determining that she was not represented by counsel, of record or otherwise, the undersigned met with her. Ms. Ford advised counsel for the Defendant that she disagrees with the allegations made in this action and wishes to have it dismissed as to her. She also said that she understood that Mr. Carter was similarly inclined.

Wherefore, the Defendant asks the Court to dismiss the action as to Ms. Ford and to inquire whether Mr. Carter still wishes to pursue his claims.

/s/ Bruce J. Downey III
Bruce J. Downey III (DOW006)
Christopher W. Weller (WEL020)

ATTORNEYS FOR DEFENDANT
DAEHAN SOLUTION ALABAMA, LLC

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P O Box 2069
Montgomery, Alabama  36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8257

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system and by U.S. Mail to Plaintiffs Shonita Ford and Deshaun Carter on this the 22nd day of July, 2008 as follows:

| | |
|---|---|
| Lee D. Winston, Esq.<br>Roderick T. Cooks, Esq.<br>Winston & Cooks, LLC<br>The Penick Building<br>319-17th Street North<br>Birmingham, Alabama  35203 | Byron R. Perkins, Esq.<br>The Cochran Firm<br>505 North 20th Street, Suite 825<br>Birmingham, Alabama  35203 |
| DeShaun Carter<br>3123 Rane Drive<br>Montgomery, AL  36108 | Shonita Ford<br>P O Box 418<br>Fort Deposit, AL  36032 |

s/Bruce J. Downey III
OF COUNSEL

1620177 v1                                2