IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0988-WKW |
| | ) |
| DAEHAN SOLUTION ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the Defendant's Motion to Dismiss (Doc. # 38) one of the *pro se* plaintiffs, Shonita Ford, is referred to Magistrate Judge Wallace Capel for appropriate proceedings and recommendation.

DONE this 29th day of July, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE