IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESHAUN CARTER, SHONITA FORD, TARRENCE GORDON, DONALD HAWTHORNE, KERRY HAWTHORNE, DANA HOOPER, LARRY OSBORNE, BARRY REYNOLDS,<br><br>PLAINTIFFS,<br><br>v.<br><br>DAEHAN SOLUTION ALABAMA, LLC,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NUMBER: 2:07-**<br>) **CV-988-WKW**<br>)<br>)<br>)<br>)<br>)<br>) |

**CORRECTION TO
OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION
ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF FORD**

In reviewing the Objection to Magistrate Judge's Recommendation on Defendant's Motion to Dismiss Plaintiff Ford [Doc. #41], Defendant's counsel has discovered that he misnamed "Plaintiff Ford" "Defendant Ford" in three places, page 1, line 2; page 2, line 4 and Page 2, line 19. Defendant's counsel apologizes to the court, asks it to correct those errors and pledges more careful proof-reading in the future.

/s/ Bruce J. Downey III
Bruce J. Downey III (DOW006)
Christopher W. Weller (WEL020)

ATTORNEYS FOR DEFENDANT
DAEHAN SOLUTION ALABAMA, LLC

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P O Box 2069
Montgomery, Alabama  36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8257

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system and by U.S. Mail to Plaintiffs Shonita Ford and Deshaun Carter on this the 12th day of August, 2008 as follows:

| | |
|---|---|
| Lee D. Winston, Esq. | Byron R. Perkins, Esq. |
| Roderick T. Cooks, Esq. | The Cochran Firm |
| Winston & Cooks, LLC | 505 North 20th Street, Suite 825 |
| The Penick Building | Birmingham, Alabama  35203 |
| 319-17th Street North | |
| Birmingham, Alabama  35203 | |
| | |
| DeShaun Carter | Shonita Ford |
| 3123 Rane Drive | P O Box 418 |
| Montgomery, AL  36108 | Fort Deposit, AL  36032 |

              s/Bruce J. Downey III
              OF COUNSEL